FILED

08 APR -2 AM 8:21

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 0991 WQH |
| Plaintiff, ) | |
| ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| JESUS DIAZ-LOPEZ, ) | |
| Defendant. ) | |

The grand jury charges:

On or about March 10, 2008, within the Southern District of California, defendant JESUS DIAZ-LOPEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

CJB:nlv:San Diego
4/1/08

It is further alleged that defendant JESUS DIAZ-LOPEZ was removed from the United States subsequent to January 3, 1995.

DATED: April 1, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney