| | |
|---|---|
| 1 | **JACK J. BOLTAX** |
| | **STATE BAR NO.: 105490** |
| 2 | **1202 KETTNER BLVD, SUITE 6200** |
| | **SAN DIEGO 92101** |
| 3 | **TELE. NO.: (619)-233-5129** |
| | **FAX NO.: (619)-234-9973** |
| 4 | **EMAIL: jboltaxlaw@gmail.com** |
| 5 | **ATTORNEY FOR JESUS DIAZ LOPEZ** |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
### (WILLIAM Q. HAYES)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR- 0991-WQH |
| Plaintiff, | ) | |
| | ) | **NOTICE OF MOTION AND** |
| vs. | ) | **MOTION FOR DISCOVERY** |
| | ) | |
| JESUS DIAZ-LOPEZ, | ) | Date: 5/12/08 |
| Defendant. | ) | Time: 2:00 p.m. |
| | ) | Dept: HON. WILLIAM Q. HAYES |

TO: HONORABLE WILLIAM Q. HAYES, U.S. DISTRICT COURT JUDGE, SOUTHERN DISTRICT OF CALIFORNIA; U.S. ATTORNEY'S OFFICE, U.S. ATTORNEY KAREN HEWITT, ASSISTANT U.S. ATTORNEY CARLA BRESSLER:

PLEASE TAKE NOTICE THAT, the above-named defendant by his attorney, Jack J. Boltax, will move the above-entitled court on May 12, 2008, at 2:00 p.m or as soon thereafter as counsel can be heard, for an order directing you to make available to defendant's attorney material that was informally requested pursuant to Federal Rule Criminal Procedure16, JENCKS Act, and subject to disclosure in any event

//
//
//
//

1 | without request pursuant to Brady v. Maryland (1963) 373 US 83.

2 | Date: April 21, 2008          Respectfully submitted,

```
                        /s Jack J. Boltax
                        JACK J. BOLTAX
                        Attorney for Defendant
                        JESUS DIAZ-LOPEZ
```