| | |
|---|---|
| 1 | JACK J. BOLTAX, Attorney-at-law |
| | State Bar No.: 105490 |
| 2 | 1202 Kettner Blvd., Suite 6200 |
| | San Diego, CA 92101 |
| 3 | Tele No.: (619) 233-5129 |
| | Fax No.: (619) 234-9973 |
| 4 | Email: jboltaxlaw@gmail.com |
| 5 | **ATTORNEY FOR JESUS DIAZ LOPEZ** |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. William Q. Hayes)

| | | |
|---|---|---|
| United States of America, | ) | **Case No. 08-CR- 0991-WQH** |
| | ) | |
| Plaintiff, | ) | **PROOF OF SERVICE** |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS DIAZ-LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Jack J. Boltax, am a citizen of the United States, and I am at least eighteen years of age. My business address is 1202 Kettner Blvd., Suite 6200, San Diego, California 92101. I am not a party to the above-entitled action.

I hereby certify that I have served the

1. Notice of Motion & Motion for Discovery

2. Memorandum of Points and Authorities in Support of Motion for Discovery

to the following CM/ECF participants in this case:

Carla Bresler.

There are no non-ECF participants on this case to be notified by United States Parcel Service.

//

1   Case No. 08-CR- 0991-WQH

1  I declare under penalty of perjury that the foregoing is true and correct
2  Date:  April 21, 2008

                                          /s Jack J. Boltax
3                                       JACK J. BOLTAX

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28