# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JESUS DIAZ-LOPEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 08CR0991-WQH <br><br> **ORDER AUTHORIZING EXTRAORDINARY INVESTIGATOR FEES** <br> **(18 U.S.C. 3006A(e)(1))** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that extraordinary fees not to exceed $825.00, representing an additional fifteen (15) hours of investigative work, are approved at this time for private investigator Esther Sardina, with regard to the investigation and defense of the above-entitled matter, thus approving total investigator fees not to exceed $1325.00.

DATED: November 24, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge